UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Tallahassee_ DIVISION

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Gary Steven Lloyd
Inmate # _T-75075_
  (Enter full name of Plaintiff)

vs.

CASE NO: _4:12CV367-RH/CAS_
(To be assigned by Clerk)

Florida Department of Corrections
Warden R. Hosford
Assistant Warden E. Watson
Colonel K. Curles
Major C. Smith

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

See Attachment

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Attachment  1 of 1

Gary Steven Lloyd
Inmate #  T-75075

VS.

| | | |
|---|---|---|
| Captain | | Wesson |
| Captain | R. | Auston |
| Captain | | Fletcher |
| Captain | A. | Davis |
| Sergeant | | Richards |
| Sergeant | | Hamilton |
| Sergeant | K. | Hampton |
| Sergeant | | Moore |
| Sergeant | C. | Gilliken |
| Officer | | Cross |
| Officer | J. | Trent |
| Officer | G. | McClain |
| Officer | L. | Bryant |
| Officer | | Nunez |
| Officer | | Carrolway |
| Nurse | | Clay |
| Nurse | | Carroll |
| Psych | B. | Mansfeild |
| Classification | J. | Bockelman |
| Classification | P. | Capers |
| Classification | C. | Parish |
| Lvetenit | | Crosby. |

## I.     PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:    Gary Steven Lloyd

Inmate Number        T-75075

Prison or Jail:       Franklin CI

Mailing address:     1760 Highway 67 N
                     Carrabelle, Fl.
                            32322

## II.    DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1)    Defendant's name:    Russell Hosford
       Official position:    Warden
       Employed at:         Franklin CI
       Mailing address:     1760 Highway 67 N
                            Carrabelle Fl. 32322

(2)    Defendant's name:    E. Watson
       Official position:    Assistant Warden
       Employed at:         Franklin CI
       Mailing address:     1760 Highway 67 N
                            Carrabelle, Fl. 32322

(3)    Defendant's name:    K. Curles
       Official position:    Colonel
       Employed at:         Franklin CI
       Mailing address:     1760 Highway 67 N.
                            Carrabelle Fl. 32322

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

Attachment 1 of 5

#4 | Defendants Name    :    C. Smith
Official Position    :    Major
Employed At    :    Franklin CI / Bay City Work Camp
Mailing Address    :    1760 Highway 67 N.
Carrabelle Fl. 32322

#5 | Defendants Name    :         Wesson
Official Position    :    Captain
Employed At    :    Franklin CI
Mailing Address    :    1760 Highway 67 N
Carrabelle, Fl. 32322

#6 | Defendants Name    :    R. Austen
Official Position    :    Captain
Employed At    :    Franklin CI
Mailing Address    :    1760 Highway 67 N
Carrabelle Fl. 32322

#7 | Defendants Name    :         Fletcher
Official Position    :    Captain
Employed At    :    Franklin CI
Mailing Address    :    1760 Highway 67 N
Carrabelle Fl. 32322

#8 | Defendants Name    :    A. Davis
Official Position    :    Captain
Employed At    :    Franklin CI
Mailing Address    :    1760 Highway 67 N
Carrabelle, Fl. 32322

Attachment 2 of 5

#9  Defendants Name    :        Richards
    Official Position  :  Sergeant
    Employed At        :  Franklin CI / Bay City Work Camp
    Mailing Address    :  1760 Highway 67 N.
                          Carrabelle, Fl. 32322

#10 Defendants Name    :        Hamilton
    Official Position  :  Sergeant
    Employed At        :  Franklin CI
    mailing Address    :  1760 Highway 67 N
                          Carrabelle, Fl. 32322

#11 Defendants Name    :      K.  Hampton
    Official Position  :  Sergeant
    Employed At        :  Franklin CI
    Mailing Address    :  1760 Highway 67 N.
                          Carrabelle, Fl. 32322.

#12 Defendants Name    :        Moore
    Official Position  :  Sergeant
    Employed At        :  Franklin CI
    mailing Address    :  1760 Highway 67 N
                          Carrabelle, Fl. 32322

#13 Defendants Name    :    C.  Gilliken
    Official Position  :  Sergeant
    Employed At        :  Franklin CI
    Mailing Address    :  1760 Highway 67 N.
                          Carrabelle Fl. 32322

Attachment 3 of 5

#14 Defendants Name : Cross
Official Position : Officer
Employed At : Franklin CI
Mailing Address : 1760 Highway 67 N.
Carrabelle, Fl. 32322

#15 Defendants Name : J. Trent
Official Position : Officer
Employed At : Franklin CI
Mailing Address : 1760 Highway 67 N.
Carrabelle, Fl. 32322

#16 Defendants Name : G. McClain
Official Position : Officer
Employed At : Franklin CI
Mailing Address : 1760 Highway 67 N.
Carrabelle, Fl. 32322.

#17 Defendants Name : L. Bryant
Official Position : Officer
Employed At : Franklin CI/Bay City Work Camp
Mailing Address : 1760 Highway 67 N.
Carrabelle, Fl. 32322

#18 Defendants Name : Nunez
Official Position : Officer
Employed At : Franklin CI
Mailing Address : 1760 Highway 67 N.
Carrabelle, Fl. 32322.

Attachment 4 of 5

#19  Defendants Name  :        Carroll Way
     Official Position  :  officer
     Employed At       :  Franklin CI
     Mailing Address   :  1760 Highway 67 N.
                          Carrabelle, Fl. 32322

#20  Defendants Name  :        Clay
     Official Position  :  Nurse
     Employed At       :  Franklin CI
     Mailing Address   :  1760 Highway 67 N.
                          Carrabelle, Fl. 32322

#21  Defendants Name  :        Carroll
     Official Position  :  Nurse
     Employed At       :  Franklin CI
     Mailing Address   :  1760 Highway 67 N.
                          Carrabelle, Fl. 32322

#22  Defendants Name  :     B. Mansfeild
     Official Position  :     Psych
     Employed At       :  Franklin CI
     Mailing Address   :  1760 Highway 67 N.
                          Carrabelle, Fl. 32322

#23  Defendants Name  :     J. Bockelman
     Official Position  :  Classification
     Employed At       :  Franklin CI / Bay City Work Camp
     Mailing Address   :  1760 Highway 67 N.
                          Carrabelle, Fl. 32322

Attachment 5 of 5

#24 Defendants Name    :    P. Capers
Official Position      :    Classification
Employed At            :    Franklin CI
Mailing Address        :    1760 Highway 67 N.
                            Carrabelle, Fl. 32322

#25 Defendants Name    :    C. Parish
Official Position      :    Classification
Employed At            :    Franklin CI
mailing Address        :    1760 Highway 67 N.
                            Carrabelle, Fl. 32322

#26 Defendants Name    :              Crosby
Official Position      :    Luetenit
Employed At            :    Franklin CI/Bay City Work Camp
Mailing Address        :    1760 Highway 67 N.
                            Carrabelle, Fl. 32322

#27 Defendants Name    :
Official Position      :
Emplyed At             :
Mailing Address        :

#28 Defendants Name    :
Official Position      :
Employed At            :
Mailing Address        :

III.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.** *See Attachment*

IV.    **PREVIOUS LAWSUITS**

NOTE:  FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.   IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.    Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( X )                              No(  )

1.    Parties to previous action:
(a)    Plaintiff(s): *Gary Steven Lloyd*
(b)    Defendant(s): *Same*
2.    Name of judge: *Gregory Holder*    Case #: _____
3.    County and judicial circuit: *13th Judicial Circuit   Hillsborough Co.*
4.    Approximate filing date: *June 6, 2012*
5.    If not still pending, date of dismissal: ~~Judge~~ *June 19, 2012*
6.    Reason for dismissal: *Told to file Section 1983*
7.    Facts and claims of case: *Same - several Letters to sentencing Judge.*
**(Attach additional pages as necessary to list state court cases.)**

B.    Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(  )                              No( X )

1.    Parties to previous action:
a.    Plaintiff(s): _____
b.    Defendant(s): _____
2.    District and judicial division: _____
3.    Name of judge: _____    Case #: _____
4.    Approximate filing date: _____
5.    If not still pending, date of dismissal: _____
6.    Reason for dismissal: _____

3

Part 3    Attachment 1 of 1

Exhaustion  of  Administrative  Remedies.

Per Chapter 33, I iniated my grievance as a
direct grievance to secretary of Department
of corrections as a sensitive matter due to
threats to end my life and threats over writing
grievances at institutional level. The grievance
was returned and told me to iniate at institutional
level and that Warden Hosford Assured that there
would be no retaliation. As Warden Hosford
has been verbally made aware of my allegations
several times and assured me no further abuse,
which abuse has continued, I sent my grievances
to 2234 Cleveland Ave. Ft. Myers, Fl. to
Grievance Appeals. They also told me to
iniate at institutional level. With my
life in danger, I can not iniate this
grievance at institutional level. Per Chapter 33,
this grievance should have been considered
sensitive Nature and should have been
accepted as such.

7.      Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.      Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

        Yes(   )                        No(X)

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

        1.      Parties to previous action:
                a.      Plaintiff(s): _____

                b.      Defendant(s): _____

        2.      District and judicial division: _____

        3.      Name of judge: _____   Case #: _____

        4.      Approximate filing date: _____

        5.      If not still pending, date of dismissal: _____

        6.      Reason for dismissal: _____

        7.      Facts and claims of case: _____

                _____

        **(Attach additional pages as necessary to list cases.)**

D.      Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

        Yes(   )                        No(X)

        1.      Parties to previous action:
                a.      Plaintiff(s): _____

                b.      Defendant(s): _____

        2.      District and judicial division: _____

        3.      Name of judge: _____   Case Docket # _____

        4.      Approximate filing date: _____   Dismissal date: _____

        5.      Reason for dismissal: _____

4

6.  Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

All prior documentation and a completed section 1983 complaint has been confiscated from me by Sergeant Hampton. All notes with dates I no longer have. The following is out of memory. One paragraph per defendant will be used. This complaint is not in chronological order as my notes were taken.

Warden R. Hosford is in violation of Cruel and unusual punishment. as he has been made aware verbally of the abuse I've endured and has not put a stop to it.

Assistant Warden E. Watson is in violation of cruel and unusual punishment. He has also been made aware verbally of my allegations. At one point, as I stopped him going by my cell in confinement, He said, " you stop me every time I come by. If this aint good, I'm gonna bust your ass." A threat.

Colonel K. Curtes is in violation of cruel and unusual punishment. He has been verbally made aware of the ongoing abuse. At one point, he told me to sit down and stop writing everyone up or I'll be gassed again.

Major Smith is in violation of cruel

5

and unusual punishment as he has verbally harrassed me on several occations. He has also been one of the people to sentence me on false DR's. and made threats on my life.

Captain Wesson. is in violation of cruel and unusual punishment. as he made threats to gas beat and give me multiple false DR's. All this has since happened and all is on file through the inspector Generals Office and Tips Hotline prior to it happening. See suplemental statement enclosed in this packet. This person has also made me aware that he has handled the issues of having his officers document false claims on me to make it appear as if I am a management issue. Also makes vulgar statements about my sexuality.

Captain R. Austen - Cruel and unusual punishment and Administrative Penalties violation, June 6, 2012 He gassed me. I was told by him, "you got around Wesson so he sicked me on you. I'm not done with you yet." Made vulgar statements about my sexuality. also

Captain Fletcher is in violation of cruel and unusual punishment and Administrative Penalties. An inmate was paid to beat me by Sergeant Hampton I was the only inmate placed on property restriction. I was given several DR's. Hours later, my head was still bleeding and I begged to see medical. because of blured vision. Capt. Fletcher gassed me and had it documented that I was banging my head on the wall and sink and blood was everywhere, No photos were taken to verify his

6

See Attachments

Statement of Fact          Attachment 1 of 6

claims. He has threatened my life in the past and I feel this is a way for him to murder me and cover it up as a suicide.

Captain A. Davis. is in violation of cruel and unusual punishment. as he would not put a stop to his staff abusing me.

Sergeant Richards.- february 1, 2012. while arriving at Bay City work Camp, Sergeant Richards did inventory of my property. He saw my photos and said, "You need to go back where you come from. We don't like faggots here." this is violation of cruel and unusual punishment.

Sergeant Hamilton is in violation of cruel and unusual punishment. He has made a threat on my life on June 6, 2012 prior to having Capt. Auston gas me. He has made many verbal assaults about my sexual preference.

Sergeant K. Hampton is in violation of cruel and unusual punishment. as he has placed handcuffs on me so tight they couldn't click any further. He has also paid another inmate to beat me and then had the paperwork botched so neither of us would be found guilty of fighting. He issued several false DR's on July 8, 2012. On June 8, 2012- one month prior, He kicked my door and paced back and forth saying, "you're playing with the best. I've been acting for these cameras a long time. I know how to make this shit look good. Every fuck Boy needs shot." He has made many threats and verbal assaults due to my sexual preference.

Statement of Facts    Attachment 2 of 6

Sergeant Moore has made threats of imposing different punishments. He has not acted. The threats alone are still excessive punishment

Sergeant C. Gilliker. is in violation of cruel and unusual punishment as he wrote a DR for "Kicking the cell door" I later found out that Captain Wesson had him write this report as a way for Wesson to be able to gas me. No further problems with this person April 16, 2012 is the date of incident. He works A-Dormitory Regularly and has not been any further inconvenience.

Officer Cross is in violation of cruel and unusual punishment. He has made statements in the past about my sexuality. He also had to play a part in the June 6, 2012 incident because he claims he had orders to. Recently he has been decent.

Officer J. Trest is in violation of excessive punishment. He wrote a false DR for cursing the nurse. He asked several people about the incident, but because of my reputation, I was given the DR for something the next cell over said.

Officer G. McClain is in violation of excessive punishment On April 15, 2012 by command of Capt. Wesson, this officer did a random search of my cell and wrote a false report for destruction of state property. This is a way for the institution to cover up why I was placed on property

Statement of Facts                    Attachment 3 of 6

restriction for 3 days. I recieved a pair
of boxers on - No mattress was given and
I slept on Bare metal.

 Officer L. Bryant of Bay City work camp
placed me in handcuffs for hours at a time
sitting on a bench in a bug infested area.
He was a continuous tormentor from March 2, 2012
until April 14, 2012. On April 14, 2012, this
officer did a random search of my person
and found me in possesion of a cigarette.
This was not enough to send me to confinement
I asked him, "If you dont want us smoking,
why do you throw your butts all over our
yard?" He became very angered, cursed me,
threatened me and sent me on my way.
At this point, I went directly in the dorm
and called Tips Hotline. Upon exiting the
dorm, I was told by this officer to cuff
up. I complied. I later found out I was
being placed in confinement for disorderly
conduct (false DR) for alledgedly saying
"Fuck you - You son of a bitch- Why are
you always fucking with me?" This is
a bogus DR as is recorded on Tips
Hotline moments prior to recieving it.
This is violation of cruel and unusual
punishment.

 Officer Nunez is in violation of cruel
and unusual punishment due to a threat on
my life - Unknown Date - After a DR hearing.
This is the only negitive encounter
I've had with this officer

Statement of Facts          Attachment 4 of 6

Officer Carrolway is in violation of
cruel and unusual punishment. Many times
this officer has made derogitory comments
about my sexual preferance. He has made
comments about getting me gassed. He has
refused me toilet paper and told me, "Wipe
your ass with your hand. I aint getting
you shit."

Nurse Clay is in violation of excessive
punishment. She placed me on food loaf
because Capt. Fletcher and Sergeant Hampton
had her do so. She also became very arrogant
with me after I was gassed. My head
was bleeding and I had snowy vision and
Due to head injury I requested to be
observed in the infermery. Capt. Fletcher
told her to leave me in confinement with
his staff. The Captain also had her note
I was being self injurous. Nurse Clay is
also in violation of Right to privacy. as
HIPPA Law says medical Info. is not to be
disclosed. I asked to have my medical exam
alone with the nurse and was refused.
Non medical staff (Captain and officer) were
present during the entire medical Assesment.

Nurse Carroll is in violation of Right to
Privacy. as she also allowed officers to be
present during Assesment. on June 7, 2012
@ approx 12³⁰ AM. I was spitting and puking
Blood. She claimed this is a normal reaction
to being sprayed. There is nothing normal about
puking blood. No precautions were taken

Statement of Facts                    Attachment 5 of 6

    Psych B. Mansfield is in violation of excessive punishment. On April 16, 2012 I called a psych emergency because of the mistreatment. This person came. Refused to hear what I had to say. In turn, to try to get her attention, I said, "They are gonna make me kill myself by the way they are treating me." She said, "There is no way you can hurt yourself," and walked away. She was made well aware of the threats to gas me that day and did nothing to prevent it. Capt. Wesson gassed me a few minutes after she left.

    Classification J. Buckleman is in violation of excessive punishment. Because I wrote my lover of 5 years. He asked me, "What, are you stupid? You're a dude fucking another dude. We are not gonna allow your contact." I was given a DR and recieved 3 punishments. 30 extra Duty Hours. 30 days with no mail incoming or outgoing. and 30 day with suspended canteen.

    Classification P. Capers is in violation of excessive punishment. She finds guilt in every DR due to officers statements even with witness forms. She gives multiple punishments. Confinement - Loss of already earned gain time. She also runs all DC time consecutive even when multiple DR's are issued at one time.

    Classification C. Parish. is in violation of excessive punishment for the same reason as Ms. P. Capers.

    Lt. Crosby is in violation of excessive

Statement of facts          Attachment 6 of 6

punishment due to approving false DR's and
making the statement, "I have experience
in the I G office. I don't like people who
snitch on my officers. There is a surprize
waiting on you at Franklin." He was
already aware of what was gonna happen
to me as He and Wesson were Co-workers
prior to Wesson's promotion to Captain.
      Captain Fletcher, Sergeant Hampton, and
Officer McClain are in violation of Access
to Courts as they confiscated my section
1983 complaint and all notes and made
every person in this complaint aware of
my impending court action. Captain Fletcher
told me to be ready to be gassed and
ride out on property restriction if I'm
caught documenting any more. My files
were not returned to me.
      This is only part of the Emotional, Mental,
Verbal and physical mistreatment I've endured.
Franklin CI is very corrupt and extremely
abusive to their inmates. Officers openly
talk about how they murdered an inmate
last year due to homosexual activities
and then covered it up.

## Overall Statement

I have been tortured. My life has been threatened Multiple times. I've been confined for several months with no cause. I've been beaten. I've had Chemicals placed on me. on 3 different occasions. I've been given multiple falsified DR's and I continue to be abused mentally, Emotionally, verbally and physically. This treatment started over my sexual preference and everything that I've been through was recorded on Tips and through the Inspector General while it was just threats. I am willing to take a polygraph to verify my accusations. I would also like to call A-Dorm survalence as evidence. The following Inmates can testify to my life being threatened.

#1 Victor Lyons
#2 Jerome Brown
#3 Kevin Knight
#4 James Davenport
#5 Carlos Fortunato
#6 Micheal Dow.

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Article 1 Section 17 Cruel & unusual punishment- I've been gassed - given multiple false DR's and an officer Paid another inmate to beat me while I was asleep with sock full of Batteries- I've been Mentally, Emotionally, Physically and verbally Assaulted

Article 1 Section 18 Administrative Penalties. I've been given multiple false Disiplinary Reports

continue
See Attachment

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

Protection from further Abuse
to file Criminal Charges
to file Law suit
Emergency EOS  or transfer to private facility

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

July 21, 2012
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 23 day of July , 20 12 .

(Signature of Plaintiff)

Revised 03/07

7

Attachment 1 of 1

Section 6    Statement of Claims — Continued

Several of these reports I've been forced to plea guilty to through threats of being gassed again.

Article 1 section 21   Access to Courts. Officers have taken my notes and daily documentation. I have filled this section 1983 complaint out and was waiting on reply about my inmate bank and never got to mail the complaint. Sergeant Hampton took All my files on July 8, 2012 and I have not been able to get any of them back. When I ask about them I was told I was not gonna get them back I was also threatened to be Kept on property restriction if I am found in possession of cival complaints about the staff here.

Article 1 section 23   Right to privacy. All my legal Documents have been thouroghly gone through and much has been taken by officers.

Article 1 Section 23 Right to privacy. Under HIPPA Law, I have a right to privacy with Health care providers. However, since being confined, An officer is always next to me in the room during medical exams and the nurses talk openly about medical advice and procedure even when I ask to speak with the nurse alone.