UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARY STEVEN LLOYD,

    VS                                            CASE NO. 4:12cv367-RH/CAS

FLORIDA DEPARTMENT OF CORRECTIONS,

**REFERRAL AND ORDER**

    The motion/pleading was filed by plaintiff on 11/16/2012 (document #17), and referred to Magistrate Judge Charles A. Stampelos on 11/20/2012.

    Summary of motion/pleading: Motion To Extend Time

                                JESSICA J. LYUBLANOVITS
                                CLERK OF COURT

                                s/ David Thomas
                                DEPUTY CLERK

**ORDER OF COURT**

    Upon consideration of the foregoing, it is **ORDERED** this 20th day of November, 2012, the requested relief is **GRANTED.** Plaintiff shall have until December 15, 2012, in which to submit the initial partial filing fee. The clerk shall note that the Plaintiff states in his motion that he will be released from DOC custody on November 28, 2012, and that his new address will be c/o Elizabeth Yanak, 38 Summit Avenue, Eagleville, PA 19403. The clerk shall mail a copy of this order to both his DOC address and the new address. Plaintiff is advised that once he arrives at his new address he must file a properly styled "Notice of Address Change" to confirm his future address.

                                S/ Charles A. Stampelos
                                UNITED STATES MAGISTRATE JUDGE