IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARY STEVEN LLOYD,

    Plaintiff,

vs.                                     Case No. 4:12cv367-MW/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

                                 /

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se, submitted a complaint in July 2012, doc. 1, and was eventually granted leave to proceed in forma pauperis in September 2012. Doc. 9. Plaintiff has been granted several extensions of time in which to submit the assessed initial partial filing fee. Docs. 10-22. On January 7, 2013, Plaintiff was directed to submit a new financial affidavit by February 4, 2013, which demonstrates his current entitlement to in forma pauperis status. Doc. 22. Plaintiff has had ample time to comply with these court orders and to date has not submitted the partial filing fee or the amended financial affidavit as directed.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).

Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Failure to pay an assessed initial partial filing fee is grounds for dismissal. Wilson v. Sargent, 313 F.3d 1315, 1318, 1322, n.7, *citing* Collier v. Tatum, 722 F.2d 653, 655-56 (11th Cir. 1983). Since Plaintiff has failed to comply with orders of this court, and failed to respond to the order to show cause, his complaint should now be dismissed without prejudice.

Plaintiff shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Plaintiff a final opportunity to show good cause for his failure to respond. Plaintiff may do so by a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice**.

**IN CHAMBERS** at Tallahassee, Florida, on February 7, 2013.

s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.