IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARY STEVEN LLOYD,

    Plaintiff,

v.                                                CASE NO. 4:12-cv-367-MW/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 23, filed February 7, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice." The Clerk shall close the file.

SO ORDERED on February 27, 2013.

                                                          s/Mark E. Walker          
                                                          United States District Judge