UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARY STEVEN LLOYD,

    VS                                    CASE NO.  4:12cv367-MW/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

**JUDGMENT**

This case is DISMISSED without prejudice.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

February 28, 2013          *s/Elizabeth Lawrence*
DATE                         Deputy Clerk: Elizabeth Lawrence